# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

CHAMBERS OF
**JOEL SCHNEIDER**
UNITED STATES MAGISTRATE JUDGE

MITCHELL H. COHEN COURTHOUSE
1 John F. Gerry Plaza, Room 2060
CAMDEN, NJ 08101-0887
(856) 757-5446

ELECTRONICALLY FILED
April 10, 2008

Albert Louis Piccerilli, Esquire
Montgomery, McCraken, LLP
456 Haddonfield Road
Suite 600
Cherry Hill, NJ 08002

    Re:  **Appel V. Masciocchi, et al.**
         **Civil No. 08-1303 (JBS)**

Dear Mr. Piccerilli:

Oral Argument on your Motion to Withdraw as Counsel is scheduled on **April 22, 2008 at 3:00 p.m.**, in Courtroom 3C. You are Ordered to serve all of your clients with a copy of this Letter Order via United States Regular First Class Mail and Certified Mail, Return Receipt Requested. You shall advise your clients that any opposition to your motion shall be served by April 18, 2008. All parties are advised that if the Court grants your Motion to Withdraw, the Court will afford your clients a reasonable opportunity to transition the file to a new attorney. Since Mr. Masciocchi and Mr. Shainline are individuals, they can represent themselves in the case. Docketlist.com may not represent itself in the case and it must retain an attorney to enter his or her appearance on its behalf.

Very truly yours,

*s/ Joel Schneider*

JOEL SCHNEIDER
United States Magistrate Judge

JS:jk
cc: Hon. Jerome B. Simandle
    All Counsel